UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALAN SAMUEL SORTO-MUNOZ,<br><br>Defendant. | 4:21-CR-40155-01-KES<br><br>ORDER GRANTING CONTINUANCE |

Defendant, Alan Samuel Sorto-Munoz, moves for a 120-day continuance, and plaintiff does not object. The court finds that the ends of justice served by continuing this trial outweigh the best interests of the public and the defendant in a speedy trial because supplemental briefing following the hearing on defendant's motion to dismiss was ordered and counsel needs time to prepare that briefing and prepare any objections should the magistrate judge's report and recommendation not be in defendant's favor. Based on the foregoing, it is thus

ORDERED that defendant's motion is granted. The following deadlines will apply:

| | |
|---|---|
| Suppression/voluntariness motions | January 31, 2023 |
| Responses to motions due | Within five days after motion is filed |
| Subpoenas for suppression hearing | January 31, 2023 |

| Suppression/voluntariness hearing before Magistrate Judge Veronica Duffy | If necessary, will be held prior to February 17, 2023 |
|---|---|
| Applications for Writ of Habeas Corpus Ad Testificandum | February 28, 2023 |
| Other motions | March 7, 2023 |
| Responses to motions due | Within five days after motion is filed |
| Subpoenas for trial | March 7, 2023 |
| Plea agreement or petition to plead and statement of factual basis | March 7, 2023 |
| Notify court of status of case | March 7, 2023 |
| Motions in limine | March 14, 2023 |
| Proposed jury instructions due | March 14, 2023 |
| Jury trial | Tuesday, March 21, 2023, at 9 a.m. |

The period of delay resulting from such continuance is excluded in computing the time within which the trial of the offense must commence. 18 U.S.C. § 3161(h)(7)(A).

All other provisions of the court's scheduling and case management order remain in effect unless specifically changed herein.

Dated November 16, 2022.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE